1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ✓    LODGED
RECEIVED    COPY

JUN 1 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

### for the

### District of Arizona

### Division

Matthew Francis Lamken

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Mary Stierman, Robyn Falquez, State of Arizona

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV-19-318-TUC-DTF**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint
#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew Francis Lamken |
| Street Address | 1800 E Fry Blvd Apt 23 |
| City and County | Sierra Vista, Cochise County |
| State and Zip Code | Arizona, 85635 |
| Telephone Number | (256) 227-6629 |
| E-mail Address | Tolastun@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mary Stierman |
| Job or Title *(if known)* | |
| Street Address | 157 N Coronado Suite J |
| City and County | Sierra Vista, Cochise County |

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| State and Zip Code | Arizona, 85635 |
| Telephone Number | (520) 224-5981 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | Robyn Falquez |
| Job or Title *(if known)* | DCS Specialist |
| Street Address | 157 N Coronado Suite J |
| City and County | Sierra Vista, Cochise County |
| State and Zip Code | Arizona, 85635 |
| Telephone Number | (520) 224-5981 |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | State of Arizona |
| Job or Title *(if known)* | |
| Street Address | 2005 N Central Ave |
| City and County | Phoenix, Maricopa County |
| State and Zip Code | Arizona, 85004 |
| Telephone Number | (602) 542-5025 |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment right to privacy and familial relations, Fourth Amendment right to be free from warrantless search and seizures, Fourteenth Amendment right to due process

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b.   If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Arizona Department of Child Services has embarked on a crusade of:

Investigating malicious claims of child abuse to the point of harassment,

Refusal to investigate malicious reporter or refer to be investigated,

Warrantless seizure of child for interviews on private property without parental permission, exigent circumstances or a warrant,

Workers investigating cases where they have a obvious bias,

Destruction of evidence that proves no child abuse has occurred

State Workers parking in front of our apartment and then driving off when discovered

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for $15,000,000 for the care of my special needs son due to the fact his services will get cut by the state if I get any settlement, these expenses cover his Medical, Mental, Dental, Vision and Medication along with Living expenses.  $149,000 a year for his services * 50 years = $7,450,000 * 2 (to cover taxes) = $14,900,000

The Behavior by State Workers has caused me to suffer from severe high blood pressure and forced me to seek Mental Health counseling.

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        June 11th 2019

Signature of Plaintiff
Printed Name of Plaintiff        Matthew Francis Lamken

### B.        For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Photocopy Dept

**From:**          hr41ca+cvitr3izv25l0@guerrillamail.com
**Sent:**          Wednesday, September 12, 2018 3:03 AM
**To:**            Tolastun@gmail.com
**Subject:**       Read Me
**Attachments:**   2.PNG

You are not crazy.
file a grievance with the ombudsman and list MS as covering this up.
Show this Picture to the investigator and inform them arrest report and secondary reports are missing along with a
selective editing of the file.

----

Sent using Guerrillamail.com
Block or report abuse: https://www.guerrillamail.com//abuse/?a=dU54BB4UVro1jwO1%2BXJRcRvK

Note Identifier: 15766126   Note Type: KEY ISSUES
Event Date: 09/10/2018   Event Time: 09:00 AM
Note Date: 09/10/2018   Note Time: 09:34 AM
Contact type: Other In Placement Contact: N  Attachment:
Created by Name: GRILL, CLARISSA

**About**

LAMKEN, MATTHEW (PID: 1433106)

**With**

LAMKEN, MATTHEW (PID: 1433106)

DPS destroyed

**Comments**